

**Activity in Case MDL No. 2391 IN RE: Biomet M2a Magnum Hip Implant Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF   to: JPMLCMDECF                                                     05/01/2014 07:29 AM

| | |
|---|---|
| From: | JPMLCMECF@jpml.uscourts.gov |
| To: | JPMLCMDECF@jpml.uscourts.gov |
| History: | This message has been forwarded. |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

14-cv-169-TCK-PJC
United States

United States Judicial Panel on Multidistrict Litigation

Notice of Electronic Filing

The following transaction was entered on 5/1/2014 at 8:28 AM EDT and filed on 5/1/2014
Case Name:      IN RE: Biomet M2a Magnum Hip Implant Products Liability Litigation
Case Number:    MDL No. 2391
Filer:
Document Number: 685

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Kylochko v. Biomet, Inc. et al |
| Case Number: | FLM/2:14-cv-00196 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | VOORHEES v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02428 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | BROWN v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02418 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Stewart v. Biomet Orthopedics, LLC et al |
| Case Number: | MSS/1:14-cv-00173 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | PESA CARTER v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02430 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | NEWSOM v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02422 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in

NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | SEBASTIAN et al v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02082 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Hudson v. Biomet Inc et al |
| Case Number: | ALN/2:14-cv-00633 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Reade v. Biomet, Inc. et al |
| Case Number: | MN/0:14-cv-00985 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Wommack et al v. Biomet, Inc. et al |
| Case Number: | MOE/2:14-cv-00040 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | NEELY v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02426 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | HOLLOS v. BIOMET, INC. et |

|                  | al                |
|---|---|
| Case Number:     | NJ/2:14-cv-02425  |
| Filer:           |                   |
| Document Number: | 3                 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| Case Name:       | Nunn v. Biomet, Inc., et al. |
|---|---|
| Case Number:     | NE/4:14-cv-03078  |
| Filer:           |                   |
| Document Number: | 3                 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| Case Name:       | Adams v. Biomet Orthopedics, Inc. et al |
|---|---|
| Case Number:     | OKN/4:14-cv-00169 |
| Filer:           |                   |
| Document Number: | 3                 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355)

Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | v. MURRAY et al |
| Case Number: | NJ/2:14-cv-02421 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Smithey v. Biomet, Inc. et al |
| Case Number: | MOE/4:14-cv-00700 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | BRAZZEL v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02417 |
| Filer: | |
| Document Number: | 3 |

Docket Text:

CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | CROSBY v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02419 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Isella et al v. BIOMET, Inc. et al |
| Case Number: | MD/1:14-cv-00906 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | YOUNG v. BIOMET, INC. et |

| | |
|---|---|
| | al |
| Case Number: | NJ/2:14-cv-02423 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | HORTON v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02429 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Dampier v. Biomet, Inc. et al |
| Case Number: | MOW/4:14-cv-00316 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355)

Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Brand v. Biomet Inc et al |
| Case Number: | ARE/4:14-cv-00223 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | SOWERS v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02427 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Blanton v. Biomet Inc et al |
| Case Number: | OKW/5:14-cv-00355 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in

MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | MIDGETT v. BIOMET, INC. et al |
| Case Number: | NJ/2:14-cv-02420 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

| | |
|---|---|
| Case Name: | Sklenar v. Biomet Inc et al |
| Case Number: | OKW/5:14-cv-00336 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-87) - 27 action(s) re: pldg. (1 in ALN/2:14-cv-00633, 1 in ARE/4:14-cv-00223, 1 in FLM/2:14-cv-00196, 1 in MD/1:14-cv-00906, [675] in MDL No. 2391, 1 in MN/0:14-cv-00985, 1 in MOE/2:14-cv-00040, 1 in MOE/4:14-cv-00700, 1 in MOW/4:14-cv-00316, 1 in MSS/1:14-cv-00173, 1 in NE/4:14-cv-03078, 1 in NJ/2:14-cv-02082, 1 in NJ/2:14-cv-02417, 1 in NJ/2:14-cv-02418, 1 in NJ/2:14-cv-02419, 1 in NJ/2:14-cv-02420, 1 in NJ/2:14-cv-02421, 1 in NJ/2:14-cv-02422, 1 in NJ/2:14-cv-02423, 1 in NJ/2:14-cv-02425, 1 in NJ/2:14-cv-02426, 1 in NJ/2:14-cv-02427, 1 in NJ/2:14-cv-02428, 1 in NJ/2:14-cv-02429, 1 in NJ/2:14-cv-02430, 1 in OKN/4:14-cv-00169, 1 in OKW/5:14-cv-00336, 1 in OKW/5:14-cv-00355) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/1/2014.

Associated Cases: MDL No. 2391 et al. (dn)

MDL No. 2391 Notice has been electronically mailed to:

MDL No. 2391 Notice will not be electronically mailed to:

FLM/2:14-cv-00196 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Marcus Way Viles     marcus@vilesandbeckman.com, alison@vilesandbeckman.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Jenya Moshkovich     jmoshkovich@pbwt.com

FLM/2:14-cv-00196 Notice will not be electronically mailed to:

NJ/2:14-cv-02428 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02428 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

NJ/2:14-cv-02418 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02418 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

MSS/1:14-cv-00173 Notice has been electronically mailed to:

William Corban Gunn     corban@cgvclaw.com

MSS/1:14-cv-00173 Notice will not be electronically mailed to:

Biomet LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

NJ/2:14-cv-02430 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02430 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

NJ/2:14-cv-02422 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02422 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC

56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

NJ/2:14-cv-02082 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Jenya Moshkovich     jmoshkovich@pbwt.com

ARTHUR M. OWENS     aowens@lumlaw.com

NJ/2:14-cv-02082 Notice will not be electronically mailed to:

ALN/2:14-cv-00633 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

William L. Bross, IV     wlbross@hgdlawfirm.com

Jenya Moshkovich     jmoshkovich@pbwt.com

ALN/2:14-cv-00633 Notice will not be electronically mailed to:

MN/0:14-cv-00985 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Charles H Johnson     bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

Jenya Moshkovich     jmoshkovich@pbwt.com

MN/0:14-cv-00985 Notice will not be electronically mailed to:

MOE/2:14-cv-00040 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com,

msentenac@reedsmith.com, slasarte@reedsmith.com

Brian S Franciskato     bfranciskato@nashfranciskato.com

Jenya Moshkovich     jmoshkovich@pbwt.com

MOE/2:14-cv-00040 Notice will not be electronically mailed to:

NJ/2:14-cv-02426 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02426 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

NJ/2:14-cv-02425 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02425 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

NE/4:14-cv-03078 Notice has been electronically mailed to:

Christopher P Welsh     cwelsh@welsh-law.com

NE/4:14-cv-03078 Notice will not be electronically mailed to:

Biomet Manufacturing Corp.
56 East Bell Drive
Warsaw, IN 46581

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

OKN/4:14-cv-00169 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Melvin David Riggs     driggs@riggsabney.com

Jenya Moshkovich     jmoshkovich@pbwt.com

OKN/4:14-cv-00169 Notice will not be electronically mailed to:

NJ/2:14-cv-02421 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02421 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

MOE/4:14-cv-00700 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Brian S Franciskato     bfranciskato@nashfranciskato.com

Jenya Moshkovich     jmoshkovich@pbwt.com

MOE/4:14-cv-00700 Notice will not be electronically mailed to:

NJ/2:14-cv-02417 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02417 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

NJ/2:14-cv-02419 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02419 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

MD/1:14-cv-00906 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Dennis F O Brien     obie26@aol.com

Jenya Moshkovich     jmoshkovich@pbwt.com

MD/1:14-cv-00906 Notice will not be electronically mailed to:

NJ/2:14-cv-02423 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02423 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

NJ/2:14-cv-02429 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02429 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587

Warsaw, IN 46581

MOW/4:14-cv-00316 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Brian S Franciskato     bfranciskato@nashfranciskato.com

Jenya Moshkovich     jmoshkovich@pbwt.com

MOW/4:14-cv-00316 Notice will not be electronically mailed to:

ARE/4:14-cv-00223 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

John Paul Byrd     paul@paulbyrdlawfirm.com, paulbyrd@aristotle.net

Jenya Moshkovich     jmoshkovich@pbwt.com

Andrew Mikeal Taylor     andy@taylorlawfirm.com

ARE/4:14-cv-00223 Notice will not be electronically mailed to:

NJ/2:14-cv-02427 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02427 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

OKW/5:14-cv-00355 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Charles C Weddle, III     charles@whiteandweddle.com

Jenya Moshkovich     jmoshkovich@pbwt.com

OKW/5:14-cv-00355 Notice will not be electronically mailed to:

NJ/2:14-cv-02420 Notice has been electronically mailed to:

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, acapron@seegerweiss.com, dbuchanan@seegerweiss.com, dmora@seegerweiss.com

NJ/2:14-cv-02420 Notice will not be electronically mailed to:

Biomet Manufacturing LLC
56 East Bell Drive
Warsaw, IN 46582

Biomet Orthopedics, LLC
56 East Bell Drive- PO Box 587
Warsaw, IN 46581

Biomet U. S. Reconstruction, LLC
56 East Bell Drive PO Box 587
Warsaw, IN 46581

Biomet, Inc.
56 East Bell Drive PO Box 587
Warsaw, IN 46581

OKW/5:14-cv-00336 Notice has been electronically mailed to:

John D. Winter     jwinter@pbwt.com, mcolitigation@pbwt.com

Steven J. Boranian     sboranian@reedsmith.com, drothschild@reedsmith.com, msentenac@reedsmith.com, slasarte@reedsmith.com

Charles C Weddle, III     charles@whiteandweddle.com

Jenya Moshkovich     jmoshkovich@pbwt.com

OKW/5:14-cv-00336 Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP JPMLStamp_ID=1090522767 [Date=5/1/2014] [FileNumber=464682-0] [
c626d8ffc550e15a92f067036bd93075e885d16c417d480b306a43c7b77901a07a04b6
b919fa4cbf215a3ac3a505d3f2ce651de413612a13d6c56cb63d425418]]